**The Honorable Robert S. Lasnik**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS E. MURPHY, <br><br> Defendant/Judgment Debtor, <br><br> and <br><br> WALLA WALLA VALLEY HONDA, <br><br> Garnishee. | NO.  2:20-MC-00045-RSL <br><br> (2:11-CR-00305-1) <br><br> **Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Walla Walla Valley Honda, has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee Walla Walla Valley Honda, filed its Answer on November 9, 2020, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Douglas E. Murphy was an active employee who was paid semi-monthly.

After notification that the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Murphy on or about July 13,

CONTINUING GARNISHMENT ORDER
(*USA v. Douglas E. Murphy and Walla Walla Valley Honda,*
USDC#: 2:20-MC-00045-RSL / 2:11-CR-00305-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

2020, Mr. Murphy has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Walla Walla Valley Honda, shall pay to the United States District Court for the Western District of Washington, (1) the non-exempt earnings payable to Defendant/Judgment Debtor Douglas E. Murphy, upon each period of time when Defendant/Judgment Debtor Murphy is entitled to receive such funds; and (2) the entire amount (less federal tax withholdings paid to the Internal Revenue Service, if any) of non-exempt property from any and all accounts, including the "Underriner Motors 401(k)" plan, in the Garnishee's possession, custody, or control, in which Defendant/Judgment Debtor Murphy maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Murphy's restitution balance in full; and

That the Garnishee shall continue said payments, if any, until Defendant/Judgment Debtor Murphy's debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court.  This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

**CONTINUING GARNISHMENT ORDER**
(*USA v. Douglas E. Murphy and Walla Walla Valley Honda,*
USDC#: 2:20-MC-00045-RSL / 2:11-CR-00305-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

That such payment shall be applied to Defendant/Judgment Debtor Douglas E. Murphy's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:11-CR-00305-1 and 2:20-MC-00045-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

Dated this 1st day of March, 2021.

*[signature]*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

CONTINUING GARNISHMENT ORDER
(*USA v. Douglas E. Murphy and Walla Walla Valley Honda*,
USDC#: 2:20-MC-00045-RSL / 2:11-CR-00305-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970