UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

DOUGLAS MURPHY,

              Defendant,

    and

WALLA WALLA VALLEY HONDA,

              Garnishee.

Cause No. MC20-0045RSL

ORDER TERMINATING
GARNISHMENT PROCEEDING

This matter comes before the Court on United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this proceeding should be terminated pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS ORDERED that this garnishment is terminated and that Walla Walla Valley Honda is relieved of further responsibility pursuant to this garnishment.

Dated this 28th day of April, 2021.

Robert S. Lasnik
United States District Judge

ORDER TERMINATING
GARNISHMENT PROCEEDING - 1